# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES STEWART, | ) | CASE NO. 5:15cv1425 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| SUAREZ CORPORATION | ) | |
| INDUSTRIES, et al, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

I hereby disqualify myself from proceedings in this case pursuant to 28 U.S.C. §455 and General Order 2009-3. This case is returned to the Clerk of Court for reassignment.

**IT IS SO ORDERED**.

Dated: July 20, 2015

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**